PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Tavon Forde                    Cr.: 20-00076-001
                                                                                                                 PACTS #: 6003743

Name of Sentencing Judicial Officer:    THE HONORABLE CLAIRE C. CECCHI
                                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/19/2020

Original Offense:    Count One: Bank Fraud, 18 U.S.C. § 1344
                           Count Two: Access Device Fraud, 18 U.S.C. § 1029(a)(1)
                           Count Three: Aggravated Identity Theft, 18 U.S.C. § 1028A(a)(1)

Original Sentence: 30 months imprisonment, 36 months supervised release

Special Conditions: $300 - Special Assessment, Drug Testing and Treatment, Gambling Restrictions/Registration on Exclusion Lists, Financial Disclosure, Gambling Establishment Restrictions, and Life Skills/Education

Type of Supervision: Supervised Release                      Date Supervision Commenced: 12/06/2021

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The individual under supervision has violated the mandatory condition which states **'While on supervised release, you must not commit another federal, state, or local crime, must refrain from any unlawful use of a controlled substance and must comply with the mandatory and standard conditions that have been adopted by this court as set forth below.'** |
| | On March 23, 2022, Forde was charged with Possession of Burglar Tools, Possession of Stolen Property – 5th Degree, and Attempted Petit Larceny. The charges remain pending. |

**U.S. Probation Officer Action:**

The Eastern District of New York, U.S. Probation Office is respectfully requesting for no formal Court action to be taken at this time. Forde was verbally reprimanded and reporting requirement were increased to weekly visits. The Probation Office will also continue to monitor the local matter.

Prob 12A – page 2
Tavon Forde

Respectfully submitted,

SUSAN M. SMALLEY,
Chief U.S. Probation Officer

*Elisa Martinez*

By:   ELISA MARTINEZ
Supervising U.S. Probation Officer

/ bm
PREPARED BY:

*Brendan G. Murillo*           *04/29/2022*
BRENDAN G. MURILLO         Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Signature of Judicial Officer

5/6/2022
Date